LHE:EMR/GK/TBM
F. #2021R00228

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ANDRES GARCIA OSORIO,
    also known as "Flaco" and
"Alan,"

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 21-336 (S-1) (WFK)
(T. 18, U.S.C., §§ 2422(a), 2428(a), 2 and
3551 et seq.; T. 21, U.S.C., § 853(p))

THE UNITED STATES ATTORNEY CHARGES:

## INTERSTATE PROSTITUTION

1.     In or about and between January 2015 and January 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ANDRES GARCIA OSORIO, also known as "Flaco" and "Alan," together with others, did knowingly and intentionally persuade, induce, entice and coerce individuals, to wit: Jane Doe #1 and Jane Doe #3, individuals whose identities are known to the United States Attorney, to travel in interstate and foreign commerce to engage in prostitution.

(Title 18, United States Code, Sections 2422(a), 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2.     The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2428(a), which requires the forfeiture of: (a) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission



of such offense; and (b) any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense.

        3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 2428(a); Title 21, United States Code, Section 853(p))

*By Carolyn Pokorny, Assistant U.S. Attorney*

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2021R00228
FORM DBD-34
JUN. 85

No.   21-CR-336 (S-1) (WFK)

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

ANDRES GARCIA OSORIO, also known as "Flaco" and "Alan,"

Defendant.

# SUPERSEDING INFORMATION

(T. 18, U.S.C., §§ 2422(a), 2428(a), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p))

*A true bill.*

_____

*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

*Clerk*

Bail, $ _____

_____

**Erin Reid and Gillian Kassner, *Assistant U.S. Attorneys***